**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 732**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                             Case Number:

Charles Streeter and Keith Bryant,
individually and on behalf of a class,
                    Plaintiffs,
vs.
Sheriff of Cook County, and Cook County, Illinois

**JUDGE CASTILLO**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles Streeter and Keith Bryant,
individually and on behalf of a class.

| | |
|---|---|
| NAME (Type or print) <br> Thomas G. Morrissey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas G. Morrissey | |
| FIRM <br> Thomas G. Morrissey, Ltd. | |
| STREET ADDRESS <br> 10249 S. Western Avenue | |
| CITY/STATE/ZIP <br> Chicago, IL 60643 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3125372 | TELEPHONE NUMBER <br> 773-233-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |