# EXHIBIT "A"

68555-DFG/GUO

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KIM YOUNG, RONALD JOHNSON and WILLIAM JONES, on behalf of themselves and a class of others similarly situated, | |
| Plaintiffs, | No. 06 C 0552 |
| v. | Judge Matthew Kennelly |
| COUNTY OF COOK, MICHAEL F. SHEAHAN, individually and in his official capacity as Sheriff of Cook County, et al. | |
| Defendants. | |

### AFFIDAVIT OF DANIEL BROWN

I, Daniel Brown, state that the following is true and correct, under oath and under penalty of perjury:

1. I am currently employed by the Sheriff of Cook County as a Director in the Cook County Department of Corrections

2. I have been employed by the Sheriff of Cook County since July of 1985

3. During my employment, I have been assigned to the intake area of Division V of the Cook County Jail in a supervisory capacity.

4. I am familiar with the search policies of the Cook County Jail for all detainees that enter the Cook County Jail.

5. Cook County Jail policy requires that all detainees that enter the jail are subjected to a strip search, which is provided for by Illinois law.

6. Although the Cook County Jail still strip searches all detainees that are processed into the jail, the manner in which it is completed has changed

7. Up until approximately one year ago multiple detainees were taken to a tunnel adjacent to the intake area, where they were lined up in the tunnel.

8. The detainees were then ordered remove their clothing. During the search the detainees were ordered to bend over at the waist and spread the buttocks cheeks. The search was performed in that manner until approximately one year ago.

9. The manner in which the search was conducted was changed. Now detainees are required to squat, rather than bend at the waist.

10. Additionally, privacy screens, similar to those utilized for the women have been installed. These screens do not allow detainees to see other detainees during the search in the tunnel. The partitions were installed on February of 2007.

11. The partitions are in the same hallway where male searches have previously occurred and all for up to 37 detainees to be searched at a time.

12. Documents bates stamped QH 1 – QH 464 are true and accurate copies of incident reports that were created after contraband was discovered as a result of the strip search during the intake process

13. The facts in this Affidavit are true and correct.

14. I executed this Affidavit freely and voluntarily

_____
Daniel Brown

Sworn to and subscribed before me
this 8th day of March, 2007.

_____
Notary Public

"OFFICIAL SEAL"
JANICE A. YOST
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 05/09/2009