# EXHIBIT "B"

Quentin Bullock, et al. v. Michael Sheahan, et al.
Case No. 04 C 1051

# Supplemental
# Expert Report of Frederic D. Moyer, FAIA

President
Moyer Associates Incorporated
Criminal Justice Facility Planners, Programmers, Architects
900 Skokie Blvd, #110
Northbrook, Illinois
60062

January 30, 2008

1

***Tour of Facilities***
*cont'd.*

Following are a series of photographs taken on Dec. 12, 2007, at various locations in the Cook County Jail where strip searches are conducted of prisoners returning from outside jail security.

Fig. 1



***Division 1***

Fig. 2



Fig. 3



It was reported by staff that this Division has approximately 100 prisoners going to Court each day, with the first returns back in the vicinity of 1 pm. The majority of the returns are on the 3 to 11 shift. Staging the prisoners in the corridor, and bringing them into the ancillary room a few at a time where several screens were set up, was reported to require 45 minutes to one hour for 30 prisoners. The individual privacy that is created with screens, in this narrow and extended space configuration, brings with it a reduced ability for staff to maintain observation of the area. In addition, because only a few prisoners at a time can be accommodated in the search area, it is necessary for all prisoners to stand in the corridor during the entire process until each prisoner has been searched and for staff to monitor both locations.

***Receiving***

The second area inspected on Dec. 12, 2007, was the tunnel outside of Receiving. This area was found to be extremely congested at the time of its inspection, with several groups of prisoners in the process of being moved or staged for movement. In view of the crowded conditions with large numbers of prisoners, it was not feasible to take photographs. However, staff described the procedure for strip searches used in that area for new arrestees being processed into the Jail. It is understood that approximately 36 prisoners at a time are strip searched, using movable screens like those shown above. These screens were folded and stored against a wall in the general area. One storage zone consisted entirely of broken screens.

Fig. 4



Figure 4 shows the typical connecting corridor configuration between Divisions and Tunnel.

## Division 5

Fig. 5



Fig. 6



Fig. 7



Lacking any other area that might be used for strip searches, Division 5 uses the waiting area of the Clothing Room. This space is shown in Fig. 5, Fig. 6 and Fig. 7. In all the areas inspected, procedures were in place to alert opposite gender staff that strip search activity was about to be conducted and keep them out of the area. In general, it was reported that staff know that strip searches will accompany court returns, and opposite gender staff stay clear of these areas at that time. In the case of the Clothing Room above, because it is not a movement area and has a door that can be closed, it is even easier to ensure separation of opposite gender staff or those not involved in the strip search process.

In the area above, screens were not in use and a maximum of three officers were used to conduct strip searches of approximately 45 male prisoners at a time.

***Division 2 -Dorm 4***   Fig. 13, Fig. 14 and Fig. 15 show the prisoner receiving area at Dorm 4 in Division 2 where male prisoner strip searches are conducted. It was reported by staff that approximately 25 prisoners at a time comprise a group. The same procedures as previously described are used. Curtains are provided at the windows to separate the search area activity from the adjacent dormitory housing pods.

Fig. 13



Fig. 14



Fig. 15



***Division 8 -RTU***

Fig. 16



Fig. 16 shows a clothing issue waiting area which is used, on an improvised basis due to the lack of other available space, for male strip searches for prisoners returning from Court.

***Division 6***   Fig. 17, Fig. 18 and Fig. 19 show the old Commissary Waiting area at Division 6 where male prisoner strip searches are conducted. It was reported by staff that a maximum of approximately 84 prisoners at a time comprise a group. The same procedures as previously described without screens are used. This area is primarily used on the 3 to 11 shift.

Fig. 17



Fig. 18



Fig. 19



Quentin Bullock, et al. v. Michael Sheahan, et al.  *Expert Report of Frederic D. Moyer, FAIA*

Case No. 04 C 1051

***Division 10***   Fig. 28, Fig. 29, Fig. 30 and Fig. 31 show the Clothing Room at the Basement of Division 10 where male prisoners are strip searched. Screens, shown in their stored positions in Fig. 28, 29 and 31, are deployed at the time of search. The opportunity for the use of screens was observed to be distinctly different from opportunities at the tunnel and other conditions seen at the other Divisions, where constricted dimensions impair the ability for screens to be used in conjunction with normally provided staff sightlines for safety and security.

Fig. 28



Fig. 29



Fig. 30



Fig. 31

