IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Charles Streeter, and Keith Bryant individually and on behalf of a class, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 732 |
| vs. | ) ) ) | Judge Castillo |
| | ) ) | Magistrate Cole |
| Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Patrick Driscoll  
Office of State's Attorneys  
500 Richard J. Daley Center  
Chicago, IL 60602

Peter M. Kramer  
Cook County Sheriff's Office  
704 Richard J. Daley Center  
Chicago, IL 60601

PLEASE TAKE NOTICE that on February 7, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and present the following Plaintiffs' Application For Temporary Restraining Order And/Or Preliminary Injunction, a copy of which is attached:

By: /s/ Robert H. Farley, Jr.  
One of the Attorneys for Plaintiffs

Thomas G. Morrissey, Ltd.  
10249 S. Western Avenue  
Chicago, IL 50543  
Phone: 773-233-7900

Robert H. Farley, Jr., Ltd.  
1155 S. Washington Street  
Naperville, IL 60540  
Phone: 630-369-0103

## CERTIFICATE OF SERVICE

    I, Robert H. Farley, Jr., Attorney for the Plaintiffs, deposes and states that he caused the foregoing Plaintiffs' Notice of Motion to be served on the Office of the Cook County State's Attorney, Attn: Patrick Driscoll by faxing a copy on February, 5, 2008 to 312-603-3000 and by faxing a copy to the Sheriff of Cook County, Attn: Peter Kramer at 312-603-3305.

                                                                                                */s/ Robert H. Farley, Jr.*