**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Charles Streeter, et al.
                                  Plaintiff,

v.                                                               Case No.: 1:08−cv−00732
                                                               Honorable Ruben Castillo

Sheriff of Cook County, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

       MINUTE entry before Judge Ruben Castillo :Plaintiffs' motion for temporary restraining order and/or preliminary injunction [9] has been referred to Magistrate Judge Cole. Magistrate Judge Cole has indicated that he will hear plaintiffs' motion on 2/7/2008 at 9:00 a.m. Plaintiffs' counsel should notify the defendants of this order.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.