# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 732 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Streeter, et al. Vs. Sheriff of Cook County, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants are to file their brief and affidavits in opposition to the Plaintiffs motion by 2/15/08. Plaintiff's motion for temporary restraining order and/or preliminary injunction hearing continued to 2/19/08 at 9:00 a.m at which time a discovery schedule maybe set.

Advised in open court.

01:00

| | Courtroom Deputy Initials: | CDH |
|---|---|---|