# EXHIBIT A

# Affidavit of Gary Hickerson

A1) Three photographs of the clothing room in Division Five depicting privacy screens

A2) Divisional Procedures related to General Order 9.7

Streeter and Bryant v Sheriff and County

08 CV 732

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Charles Streeter, and Keith Bryant, individually and on behalf of a class,<br><br>Plaintiffs,<br><br>v.<br><br>Sheriff of Cook County, and Cook County, Illinois,<br><br>Defendants. | No. 08 C 732<br><br>Judge Castillo<br><br>Magistrate Judge Cole |

### AFFIDAVIT OF GARY HICKERSON

I, Gary Hickerson, state that the following is true and correct, under oath and under penalty of perjury:

1. I am currently employed by the Sheriff of Cook County as the Superintendent of Division 5 of the Cook County Department of Corrections.

2. I have been employed by the Sheriff of Cook County since April of 1981.

3. As Superintendent of Division 5, my assignment includes being assigned in a supervisory capacity to the inmate court return process to Division V housing.

4. I am familiar with the search policies of court returns to Division 5 at the Cook County Jail.

5. Visual searches (also known as strip searches) of all court return detainees to Division 5 occur in the Division 5 Clothing Room.

6. Since early December 2007, the searches have been conducted using screens, one on each side of a respective inmate, similar to those seen in a hospital emergency room.

7. It has always been the protocol to instruct detainees participating in searches that they are ordered not to look at anyone else. During the actual strip search, detainees are ordered to look down at a place on the floor, when facing the deputy and are ordered to look straight at the wall when they are turned around during the process.



EXHIBIT A

8. Failure of a detainee to follow the order of a correctional officer overseeing the strip search process is a basis to invoke detainee disciplinary proceedings.

9. Since December of 2007 the screens have been used continuously for court return searches. Contraband has been found on these court return searches.

10. The approximate number of detainees per court return into Division 5 is between 50 - 75. However, detainees are searched in small groups based on the number of available screens.

11. In December 2007, the Cook County Department of Corrections issued a new standing operating procedure for Division V, including the clothing room, mandating all correctional officers to use the privacy screens when conducting strip searches.

12. Attached to this affidavit are three photographs which fairly and accurately depict the portion of the clothing room in Division V used to conduct strip searches of court return detainees.

13. The facts in this Affidavit are true and correct.

14. I executed this Affidavit freely and voluntarily.

_[signature]_
Gary Hickerson

Sworn to and subscribed before me
this 13th day of February, 2008.

_[signature]_
Notary Public

"OFFICIAL SEAL"
JANICE A. YOST
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 05/09/2009

Document #: 1304673









| COOK COUNTY DEPARTMENT OF CORRECTIONS<br><br>DIVISION V | DIVISIONAL PROCEDURES | EFFECTIVE DATE<br>19 October 98<br><br>REVISED DATE<br>20 December 2007 |
|---|---|---|
| *[seal]* | Search of Inmates And Various Locations | Related G.O. 9.7 　　Page 1 of 2 |

## I. POLICY

It is the policy of the Cook County Department of Corrections, Division V that the division shall use strip searches of detainees as a method to curtail the introduction of contraband into the building.

## II. PROCEDURE

A. Staff members must ensure that strip searches are only used as a method of discovering contraband and never as a form of punishment, embarrassment, harassment or to dehumanize. These searches are to be conducted within an area that maintains security and ensures privacy.

B. All strip searches are to be conducted utilizing the individual partitions and supervised with adequate correctional staff.

1. Transfers

    A. Detainees transferring into and out of the division must be strip searched upon arriving to the holding area.

    B. Each item must be examined thoroughly.

2. Court Call

    A. All detainees going to court are to be strip searched prior to being escorted to the holding area.

    B. This is to be accomplished by the escorting officer bringing a small number of detainees from the tier to the indoor recreation area, strip searching them and escorting them to the holding area.

    C. During this process, the only detainees to be placed in the holding area are detainees who have been strip searched.

    D. The number and identity of the detainees searched must be documented in the Living Unit logbooks.

EXHIBIT A2

| COOK COUNTY DEPARTMENT OF CORRECTIONS DIVISION V | DIVISIONAL PROCEDURES | EFFECTIVE DATE 19 October 98 REVISED DATE 20 December 2007 | |
|---|---|---|---|
| [seal] | Search of Inmates And Various Locations | Related G.O. 9.7 | Page 2 of 2 |

3. Court Returns

    A. Court return detainees will be stripped searched in the clothing room.

    B. Detainees clothing items are to be examined prior to being returned to their living unit.

    C. Court documents may only be examined to verify that no contraband is contained within them.

4. Detainees Returning to Division V

    A. All detainees returning to Division V from other areas of the Cook County Department of Corrections (CCDOC), or outside the CCDOC, must be strip-searched and all clothing examined prior to being returned to their living unit.

5. Visitor/Visit Area Search

    A. Officers assigned to the Visiting Areas, Lobby #1 and Lobby #2 must be exceptionally alert for the introduction of contrabands. All visitors will walk through the Metal Detector, place all bags on the Scan-Ray Machine, be frisk searched and wand by the hand held scanners. When a visitor refuses any part of the search procedure, the Shift Commander/Designee must be notified and the visit will be denied. Lobby Officers must thoroughly search the Lobby/Visitation areas immediately before and after visits.

6. General Area Search

    A. This area includes work area, classrooms, elevators, storage areas, corridors, stairwells and offices. The Shift Commander must approve and be notified when these areas are searched. All searches must be documented.

This procedure shall be reviewed periodically, not to exceed annually, to determine compliance with the Cook County Department of Corrections General Orders and Guidelines.

_____  12-20-07            _____  20 DEC 2007
Superintendent           Date                Chief of Operations      Date