# EXHIBIT C

# Illinois Administrative Code

# 20 Ill. Adm. Code 701.140

Streeter and Bryant v Sheriff and County

08 CV 732

1 of 1 DOCUMENT

ILLINOIS ADMINISTRATIVE CODE

*** THIS DOCUMENT IS CURRENT THROUGH AUGUST 3, 2007 ***

TITLE 20.   CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
CHAPTER I.   DEPARTMENT OF CORRECTIONS
SUBCHAPTER f.   COUNTY STANDARDS
PART 701.   COUNTY JAIL STANDARDS

20 Ill. Adm. Code 701.140 (2007)

§ 701.140   Security.

a) Searches. Detainees permitted to leave the confines of the jail temporarily, for any reason, shall be thoroughly searched prior to leaving and before re-entering the jail.

b) Supervision. Jail officers and other personnel assigned to jail duty must be trained in security measures and handling special incidents in accordance with Section 701.10.

c) Facility Security Measures. Jail officers only must exercise and control security measures and shall not permit detainee assistance.

1) All jail locks, doors, bars, windows, screens, grilles, and fencing shall be regularly and frequently inspected to ensure proper functioning and to detect and prevent escape efforts.

2) All cell block doors and all doors opening into a corridor shall be kept locked, except when necessary to permit entry or exit.

3) In cell block design which includes safety vestibules, two doors into the cell block shall not be unlocked and opened at the same time.

4) Unoccupied cells, detention rooms, and storage rooms shall be kept locked at all times.

5) Backup personnel shall be notified and available when cell doors to living quarters are opened.

6) Glass or unattached metal items shall not be permitted in the detention area.



20 Ill. Adm. Code 701.140

7) Trusties shall be carefully supervised and not be permitted unrestricted movement.

8) Jail sections housing persons who are escape risks, suicidal, mentally disturbed or impaired, or who present special security concerns shall be given special care and supervision and checked more frequently than the standard 30-minute check.

9) A master population record, computer print-out or locator board, shall be established and maintained at the control center, indicating the various jail sections and housing assignments.

10) Jail officers shall conduct population spot checks at least hourly.

11) A documented inventory of all keys available to jail officers shall be made at the beginning of each shift.

12) Random, unannounced, irregularly scheduled shakedowns of detainees and their quarters shall be made to detect the presence of weapons and other contraband.

13) Bars, walls, windows, and floors of the jail and detention sections shall be regularly and frequently inspected and kept clear of large posters, pictures, calendars, and articles of clothing which might be used to conceal escape attempts.

d) Tools and Equipment

1) All tools and equipment shall be inventoried and securely stored.

2) The jail shall have a method of accounting for all tools and equipment issued, received, and returned to secure storage.

3) After use, tools and equipment shall be accounted for by the jail officer responsible and secured in the proper storage place.

4) Eating utensils shall be accounted for after each meal and returned to the kitchen.

e) Maintenance. Any damaged or nonfunctioning security equipment must be promptly reported and repaired.

f) Access to Keys and Records by Detainee

1) Detainees, including trusties, shall not be permitted to handle, use, or have jail keys of any type in their possession.

2) No detainee shall be assigned work that requires access to any records of staff or persons currently or previously in detention.

g) Population Count. A physical head count shall be made and recorded at least three times daily.

h) Key Control

1) A record of all keys inventoried and issued shall be maintained.

2) Jail keys must be stored in a secure key locker when not in use.

3) There must be at least one full set of jail keys, separate from those in use, stored in a safe place, accessible only to designated jail personnel for use in the event of an emergency.

i) Firearms and Other Weapons

1) No person, including law enforcement personnel, shall be permitted to enter any secure section of the jail with a gun or other weapon on his or her person.

2) Weapons shall be stored in a secure and locked drawer, cabinet, or container outside the security area.

3) Reserve firearms, ammunition, chemical agents, and other protective equipment shall be stored in a secured room (arsenal).

j) Chemical Agents. Persons who may be authorized to use tear gas, mace, oleo-capsicum (commonly known as pepper mace or OC), etc. in accordance with the jail's written policy shall be trained in the proper employment of the chemical agents. Such training shall be documented.

1) Chemical agents shall be used only as a last resort to bring detainees under the necessary degree of control and only after thorough consideration of alternative means and of the hazards involved, including the physical characteristics of the area where it is to be used. A record of the incident shall be made.

2) Detainees affected by tear gas or other chemical agents must be given a thorough medical examination and appropriate treatment immediately after security control has been gained.

k) Emergency Power Source

1) An emergency electrical power source shall be available in the event of a power failure.

2) Emergency flashlights must have a six hour illumination capability.

SOURCE:
1. Amended at 12 Ill. Reg. 12274, effective October 1, 1988.
2. Amended at 21 Ill. Reg. 3835, effective April 1, 1997.

Authority & General Source