IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Streeter and Keith Bryant individually and on behalf of a class, ) ) ) Plaintiffs, ) ) vs. ) ) SHERIFF OF COOK COUNTY, ) And COOK COUNTY ILLINOIS ) ) Defendants. ) | No. 08 C 732 Judge Ruben Castillo Magistrate Cole |

### NOTICE OF FILING

**TO:**   Thomas G. Morrissey            Daniel F. Gallagher
   Robert H. Farley            QUERREY & HARROW, LTD.
   10249 S. Western Ave            175 West Jackson St., Suite 1600
   Chicago, IL 60643            Chicago, IL 60604-2827

   PLEASE TAKE NOTICE that on February 14, 2008, I caused to be filed before the Honorable Ruben Castillo, courtroom 2141 of the United States District Court, Northern District of Illinois, Eastern Division, this notice and attached pleading entitled: DEFENDANT'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION.

                  Respectfully Submitted,
                  RICHARD A. DEVINE
                  State's Attorney of Cook County

         By:   /s/Francis J. Catania
                  Francis J. Catania, Assistant State's Attorney

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Streeter and Keith Bryant individually and on behalf of a class, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>SHERIFF OF COOK COUNTY, )<br>And COOK COUNTY ILLINOIS )<br><br>Defendants. ) | No. 08 C 732<br><br>Judge Ruben Castillo<br>Magistrate Cole |

**CERTIFICATE OF SERVICE**

    I, Francis J. Catania, Assistant State's Attorney, certify that on February 14, 2008, I served this notice and reply in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois and F.R.C.P.5(a) and (b)(2)(D) and Local Rules 5.5 and 5.9, as to all Filing Users in a case assigned to the court's Electronic Case Filing System. I certify that there is one non-CM/ECF filers in this case who was served by U.S. Mail – Daniel Gallagher.

    _/s/Francis J. Catania_____