UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Charles Streeter, et al.
                                            Plaintiff,

v.                                                      Case No.: 1:08−cv−00732
                                                      Honorable Ruben Castillo

Sheriff of Cook County, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Jeffrey Cole : Motion hearing held. Plaintiffs' oral motion to withdraw application for temporary restraining order and/or preliminary injuction order without prejudice [7] is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.