IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Streeter, Keith Bryant, Artis Jackson, individually and on behalf of a class,  )  )  )  )  ) | |
| Plaintiffs,  ) | No. 08 C 732 |
|   )   vs.   )   )   ) | Judge Ruben Castillo  Magistrate Cole |
| Sheriff of Cook County, and Cook County, Illinois,  )  )  )  )  ) | |
| Defendants.  ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR INJUNCTIVE RELIEF**

Now comes the Plaintiffs, by and through their attorneys, Thomas G. Morrissey, Ltd., Robert H. Farley, Jr., Ltd., and Kenneth N. Flaxman, and in Response to Defendants' Motion To Dismiss Plaintiffs' Complaint for Injunctive Relief, states as follows:

1. The Defendants filed a Motion to Dismiss Plaintiffs' Complaint for Injunctive Relief. (Doc. 18).

2. On April 15, 2008, Plaintiffs' filed an Amended Complaint which deleted Plaintiffs' request for injunctive relief contained in the initial Complaint and added in the Amended Complaint, an additional Plaintiff and added a request for monetary damages. (Doc. 22) (See Exhibit "A" - Amended Complaint attached hereto)

3. Rule 15(a) of the Federal Rules of Civil Procedure gives a plaintiff the right to amend the complaint before a responsive pleading is served. The rule provides that a plaintiff "may

1

amend his pleading once as a matter of course at any time before a responsive pleading is served." A responsive pleading does not include a motion to dismiss. See *Camp v. Gregory*, 67 F.3d 1286, 1289 (7th Cir. 1995); *Duda v. Board of Education of Franklin Park Public School District No. 84*, 133 F.3d 1054, 1056-1057 (7th Cir. 1998).

4. The filing of the Plaintiffs' Amended Complaint moots the Defendants' Motion To Dismiss Plaintiffs' Complaint for Injunctive Relief.

Wherefore, the Plaintiffs request that this Court deny the Defendants' Motion To Dismiss Plaintiffs' Complaint for Injunctive Relief as the Defendants' Motion is moot.

Respectfully submitted,

*/s/ Robert H. Farley, Jr.*
One of the Attorneys for Plaintiffs

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, IL 60652
Phone: 773-233-7900

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd.
1155 S. Washington Street
Naperville, IL 60540
Phone: 630-369-0103

Kenneth M. Flaxman
200 S. Michigan Avenue, Ste. 1240
Chicago, IL 60604
Phone: 312-427-3200

2

## CERTIFICATE OF SERVICE

    I, Robert H. Farley, Jr., Attorney for the Plaintiffs, deposes and states that he caused the foregoing Plaintiffs' Response to Defendants' Motion To Dismiss Plaintiffs' Complaint For Injunctive Relief, by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 16th day of April, 2008.

                                                                         /s/ Robert H. Farley, Jr.

Attorneys for the Defendants

Mr. Patrick T. Driscoll, Jr.
Mr. Francie Catantia
Office of the State's Attorneys
500 Richard J. Daley Center
Chicago, IL 60602