IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Charles Streeter and Keith Bryant | ) | |
| Individually, and on behalf of a class, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C 732 |
| vs. | ) | |
| | ) | Judge Ruben Castillo |
| SHERIFF OF COOK COUNTY, | ) | Magistrate Cole |
| And COOK COUNTY ILLINOIS | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Thomas G. Morrissey
Robert H. Farley
10249 S. Western Ave
Chicago, IL 60643

PLEASE TAKE NOTICE that on May 6, 2008 at 9:45 a.m. I shall appear before the Honorable Judge Ruben Castillo, in the courtroom usually occupied by him in Room 2141 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANTS' MOTION TO TRANSFER THE AMENDED COMPLAINT BASED ON RELATEDNESS.**

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/Francis J. Catania
Francis J. Catania, Assistant State's Attorney

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE, Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

## CERTIFICATE OF SERVICE

I, Francis J. Catania, Assistant State's Attorney, certify that on April 25, 2008, I served this notice and attached motion in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois and F.R.C.P.5(a) and (b)(2)(D) and Local Rules 5.5 and 5.9, as to all Filing Users in a case assigned to the court's Electronic Case Filing System. I certify that there are no non-CM/ECF filers in this case.

_/s/Francis J. Catania_
Attorney for Defendants