# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Charles Streeter, et al.

                                 Plaintiff,

v.                                                    Case No.: 1:08−cv−00732
                                                      Honorable Ruben Castillo

Sheriff of Cook County, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 5/6/2008. Defendants' motion to transfer case [24] is denied to its renewal before Judge Kennelly. Plaintiffs' response to defendants' motion to dismiss [26] is due on or before 5/28/2008. Defendants' reply will be due on or before 6/11/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.