**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charles Streeter, et al.
                            Plaintiff,

v.                                           Case No.: 1:08−cv−00732
                                                   Honorable Ruben Castillo

Sheriff of Cook County, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' motion to dismiss [18] is denied as moot. The briefing schedule on defendants' motion to dismiss the amended complaint [26] will stand.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.