IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Streeter and Keith Bryant<br>Individually, and on behalf of a class,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SHERIFF OF COOK COUNTY,<br>And COOK COUNTY ILLINOIS<br>　　　　Defendants. | )<br>)<br>)<br>)　　No. 08 C 732<br>)<br>)　　Judge Ruben Castillo<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:**   Thomas G. Morrissey
　　　　Robert H. Farley
　　　　10249 S. Western Ave
　　　　Chicago, IL 60643

　　　PLEASE TAKE NOTICE that on June 11, 2008 I caused to be filed with the Court before the Honorable Judge Ruben Castillo, in Room 2141 of the United States District Court, Northern District of Illinois, Eastern Division, the attached DEFENDANT'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**.**

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　RICHARD A. DEVINE
　　　　　　　　　　　　　　　　State's Attorney of Cook County

　　　　　　　　　　　　　By:   /s/Francis J. Catania
　　　　　　　　　　　　　　　　Francis J. Catania, Assistant State's Attorney

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE, Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

## CERTIFICATE OF SERVICE

　　　I, Francis J. Catania, Assistant State's Attorney, certify that on June 11, 2008, I served this notice and attached motion in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois and F.R.C.P.5(a) and (b)(2)(D) and Local Rules 5.5 and 5.9, as to all Filing Users in a case assigned to the court's Electronic Case Filing System. I certify that there are no non-CM/ECF filers in this case.

　　　　　　　　　　　　　　　　 /s/Francis J. Catania
　　　　　　　　　　　　　　　　Attorney for Defendants