UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| CHARLES STREETER and KEITH BRYANT, Individually and on behalf of a class,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF OF COOK COUNTY, and COOK COUNTY, ILLINOIS,<br><br>Defendants. | No.  08 C 732<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Cole |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**SHERIFF OF COOK COUNTY**

| SIGNATURE |  |
|---|---|
| s/Daniel F. Gallagher |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>0905305 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES  X          NO** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES              NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES  X          NO** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES X      NO** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                           APPOINTED COUNSEL** ||