# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**
JAN 2 0 2011
JAN 20 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)** Charles Streeter et al

Kolu Sm

**v.**

Cell
773-226-5564

Case No. 08 CV 0732

Judge Castillo

Any? reach me at
Kolawole Smith
PO Box 5290
Chi IL 60680

**Defendant(s)** Sheriff OF COOK COUNTY

## Motion — Notice to Judge Castillo

I Kolawole Smith. One of the defendants on this Class Action Class. I'm Attaching (sent by Thomas office) proof that I was a part of this case. With the papers Thomas & Morrissey sent me dated June 30 2009. Now I found out the case settle. And now they say I'm not in their data base etc. They trying to steal my money. And I want let them know it not gone happen. I called them and they acted like I was speaking spanish when I asked about my check. I'm was in the County from Jul to Oct 07 so I want my money. So I will like my check sent to [KOLAWOLE Smith PO BOX 5290 Chi IL 60680]  THANKS Judge Castillo

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES STREETER, et al., )<br>)<br>Plaintiffs, )<br>)<br>-vs- )<br>)<br>SHERIFF OF COOK COUNTY )<br>and COOK COUNTY, ILLINOIS, )<br>)<br>Defendants. ) | No. 08 CV 0732<br><br>(Judge Castillo) |

## OPT OUT FORM

I have read the notice which came with this opt-out form and I do not desire to participate as a member of the class in the above named case. I understand that by signing this form, I will not be represented by class counsel, but must proceed on my own.

Dated: _____    _____
                                                                        *signature*

*********AUTO**5-DIGIT 60617     01455 T6 P1
Kolawole Smith                              262502
9547 S Clyde Ave                            0801
Chicago, IL 60617-4840

*262502*

[Handwritten note:] Sent to me now I called on Jan. 19. 2011 to the office on 10249 western Thomas G Morris And since the case has been settle. Now they saying they never sent me a slip. And I'm not on their list. That a lie and I want my check for this case sent to Kolawole Smith PO Box 5290 Chi IL 60680 Because I was in Division 5 in Jul to Oct of 2007.

If you do not wish to participate in this case, you must return this "opt out" form to the Law Offices of Thomas G. Morrissey, 10249 South Western Avenue, Chicago, Illinois 60643 by August 31, 2009. **This means that the form must be received at the office of class counsel by August 31, 2009 (not simply put in the mail by then).**



**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

June 30, 2009

This letter is being sent to you because records show that you were housed in Division 5 at the Cook County Jail from February 3, 2006 to December 20, 2007.

A lawsuit pending in federal court in Chicago may affect you. The name of the case is *Charles Streeter, et al., individually and on behalf of a class v. Sheriff of Cook County and Cook County, Ilinois,* No. 08 CV 732.

On April 7, 2009, United States District Judge Reuben Castillo ordered that the case could proceed as a class action for the following class:

All male inmates at the Cook County Jail who, from February 3, 2006 to and including December 20, 2007 were housed in Division 5 of the Jail and returned to Division 5 following a court appearance and were subjected to a group strip search.

[handwritten: "I was there Jul to Oct  I have Docum to prov It"]

If you participate in the case as a member of this class, you will be represented by attorneys Thomas G. Morrissey, 10249 South Western Avenue, Chicago, Illinois 60643, (773) 238-4235, Robert H. Frealey, Jr., 1155 South Washington, Naperville, Illinois 60540, and Kenneth N. Flaxman, 200 South Michigan Avenue, Chicago, Illinois 60604, phone (312) 698-9084. The Court has found that attorneys Morrissey, Farley, and Flaxman are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any damage award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, as a member of the class, you may be eligible to receive money damages if the plaintiffs prove their claim. The Court has not made any ruling or determination about whether the defendants have any unlawful policy. Nothing in this notice should be read as a ruling on these issues. Unless you exclude yourself from the case, you will be bound by the decision of the Court.

If you do not wish to participate in this case, you must return the enclosed "opt out" form to the Law Office of Thomas G. Morrissey, 10249 South Western Avenue, Chicago, Illinois 60643 on or before August 31, 2009. *This means that the form must be received at the office of class counsel by August 31, 2009 (not simply put in the mail by then).* By returning the "opt out" form, you will not be represented by class counsel, but must proceed on your own, either through a separate suit or by a petition to intervene in this class action.

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, 20th floor, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday. **Do not call either the Office of the Clerk or Judge Castillo for information about the case.**

Michael Dobbins
Clerk, United States District Court

# IMPORTANT NOTICE